# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

IN RE: **Blas Compean and Lucy Wright Compean**, Debtor(s)

Bankruptcy Case No.: 11–31268–hcm

Chapter No.: 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

###

**SO ORDERED.**

**SIGNED this 05th day of July, 2011.**

George D. Prentice II
Clerk, U.S. Bankruptcy Court
BY: Deborah Stephens

United States Bankruptcy Court
Western District of Texas

In re: Case No. 11-31268-hcm
Blas Compean Chapter 13
Lucy Wright Compean
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0542-3    User: stephensd    Page 1 of 1    Date Rcvd: Jul 05, 2011
                 Form ID: pdfintp    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2011.
db/db      +Blas Compean, Jr.,    Lucy Wright Compean,    13472 Emerald Falls,    El Paso, TX 79928-6479

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2011**           **Signature:** _Joseph Speetjens_