Expedited hearing shall be held on 7/28/2011 at 02:00 PM in El Paso Courtroom 1. Movant is responsible for notice.

# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: July 11, 2011.

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:
BLAS COMPEAN
AND
LUCY COMPEAN
    Debtors                                  NO 11-31268

ORDER GRANTING MOTION FOR EXPEDITED HEARING

THIS MATTER came before the court for hearing on the debtors' motion to continue the Automatic Stay beyond 30 days. The court finds that it is necessary to hold a hearing within thirty days of July 1, 2011, which is the date the above petition was filed.

IT IS THEREFORE ORDERED that the debtors' motion for expedited hearing is granted. The hearing is set for _____.

### #

United States Bankruptcy Court
Western District of Texas

In re:                                                            Case No. 11-31268-hcm
Blas Compean                                                      Chapter 13
Lucy Wright Compean
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0542-3          User: vogest          Page 1 of 1          Date Rcvd: Jul 11, 2011
                              Form ID: pdfintp      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2011.
db/db        +Blas Compean, Jr.,   Lucy Wright Compean,   13472 Emerald Falls,   El Paso, TX 79928-6479

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2011**                    **Signature:** _Joseph Speetjens_